# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Bonnie Castle

                      Plaintiff,

v.                                                     Case No.: 1:19–cv–05855

                                                            Honorable Jorge L. Alonso

Midland Credit Management, Inc

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Plaintiff's Combined notice of 7th Circuit Ruling and Motion to Lift Stay [14] is granted. Defendant shall answer if there are any arbitration issues in this case by 2/13/20. Status hearing set for 3/4/20 at 9:30 a.m. The parties are to file a brief status report by 2/28/20. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.